## (October 20, 1941.)

MATILDA SHIELDS, Respondent, v. NEW YORK OIL BURNER COMPANY, INC., Appellant.— The motion is referred to the court that rendered the decision on the motion decided September 22, 1941. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ. Motion for resettlement of order denied, without costs. On the court's own motion, the decision of this court handed down on

September 22, 1941 [See *ante*, p. 966], is hereby amended to read as follows: Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, on the ground that the appeal could have been taken as a matter of right. Present — Johnston, Adel, Taylor, and Close JJ.; Lazansky, P. J., not voting.